**Electronically Filed
Supreme Court
SCWC-15-0000363
01-FEB-2017
03:30 PM**

SCWC-15-0000363

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

ROBERT FLUBACHER,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000363; S.P.P. NO. 14-1-00004)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant Robert Flubacher's application for writ of certiorari filed on December 20, 2016, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held, subject to further order of this court. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, February 1, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

